# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JEREMY SIMMOMNS-TELEP,
    Plaintiffs,

  v.

                                                                                                   C.A. No. 20-226 JJM

ROGER WILLIAMS UNIVERSITY,
    Defendant.

## **JUDGMENT**

[    ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Roger Williams University and against Plaintiff Jeremy Simmons-Telep pursuant to the Order entered on March 22nd, 2022 by this Court.


                                                                            Enter:

                                                                            <u>/s/ Ryan H. Jackson</u>
                                                                            Deputy Clerk


Dated: March 22, 2022